UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES VAUGHN,                          )
                                       )
                    Plaintiffs,        )
                                       )      **JUDGMENT IN A**
v.                                     )      **CIVIL CASE**
                                       )      **CASE NO. 5:22-CV-261-D-KS**
GERITENT ENTERPRISES, INC.,            )
                                       )
                    Defendant.         )


**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, pursuant to the order at D.E. 8, the court dismisses the complaint against defendant Geritent Enterprises, Inc. without prejudice for failure to make service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.


**This Judgment Filed and Entered on November 15, 2022, and Copies To:**

Philip J. Gibbons, Jr.                          (via CM/ECF electronic notification)

Corey Michael Stanton                           (via CM/ECF electronic notification)




DATE:                                           PETER A. MOORE, JR., CLERK

November 15, 2022                               (By) _/s/ Nicole Sellers_____

                                                Deputy Clerk